# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEIANA ALDRICH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DAVID SANCHES, et al.,<br><br>　　　　Defendants. | Case No: 2:21-cv-02864 (MCS)(KK)<br><br>~~PROPOSED~~ **STIPULATED PROTECTIVE ORDER**<br><br>Judge: Hon. Kenly Kiya Kato |

Based upon the Stipulated Protective Order filed between the parties on August 4, 2021, the Court approves and hereby orders that the parties shall comply with the terms of the Stipulated Protective Order.

**IT IS SO ORDERED.**

Dated: August 5, 2021

_____
HONORABLE KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE