UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-CV-02864-MCS(KKx) | Date | May 27, 2022 |
|---|---|---|---|
| Title | Keiana Aldrich v. David Sanches, et al., | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge |
|---|---|

| Kimberly I. Carter | XTR-JCR | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Carter C. White<br>Jenny C. Huang | Zachary Lopes<br>Kandice Heejung Jung<br>Giam M. Nguyen |

**Proceedings:** **Settlement**

A settlement of this matter was recorded on the record on May 27, 2022. Jenny C. Huang and Carter C. White, counsel for plaintiff, appeared with plaintiff Keiana Aldrich. Zachary Lopes, counsel for defendant David Sanches, appeared with David Sanches. Kandice Heejung Jung and Giam M. Nguyen, counsel for defendants Molly Hill, Shannon Stark, Robert Montes, Joseph Spinney and Ramon Esquivias, appeared on their behalf.

The Court directed the parties to notify the assigned District Judge regarding the settlement of this matter.

00.16

| | Initials of Deputy Clerk | kc |
|---|---|---|